UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



ARISTOCRAT LEISURE LIMITED,

    Plaintiff,

- against -

DEUTSCHE BANK TRUST COMPANY AMERICAS, as Trustee,

    Defendant,

KBC FINANCIAL PRODUCTS UK LTD, KBC ALPHA MASTER FUND SPC KBC CONVERTIBLE OPPORTUNITIES FUND, KBC ALPHA MASTER FUND SPC KBC MULTI-STRATEGY ARBITRAGE FUND, KBC ALPHA MASTER FUND SPC KBC CONVERTIBLE ARBITRAGE FUND, AMARANTH LLC, ALEXANDRA GLOBAL MASTER FUND, LTD., UFJ INTERNATIONAL PLC, DEEPHAVEN INTERNATIONAL CONVERTIBLE TRADING, LTD., CALAMOS ADVISORS LLC ON BEHALF OF CALAMOS GROWTH AND INCOME FUND, CALAMOS GLOBAL GROWTH AND INCOME FUND AND CERTAIN OTHER INSTITUTIONAL CLIENTS, CQS CONVERTIBLE AND QUANTITATIVE STRATEGIES MASTER FUND LTD., D.E. SHAW INVESTMENT GROUP, LLC, D.E. SHAW VALENCE INTERNATIONAL, INC, QVT FUND LP, LEHMAN BROTHERS INTERNATIONAL (EUROPE), DEUTSCHE BANK AG, LONDON BRANCH,

    Intervening Defendants.

**ORDER**

04 Civ. 10014(PKL)

**LEISURE, District Judge:**

Pursuant to a telephone conference held before this Court on April 29, 2009, the respective counsel for Aristocrat Leisure Limited, Deutsche Bank Trust Company Americas, as Trustee, Deutsche Bank AG, London Branch, as an Intervening Defendant, and all other Intervening Defendants, stipulated and agreed that the Opinion and Order resolving the parties' motions for summary judgment on damages, and the entire summary judgment record, should be unsealed. Accordingly, the Court hereby orders that the Opinion and Order resolving the parties' motions for summary judgment on damages, which was filed under seal on April 27, 2009 (Docket No. 215), shall be unsealed and become publicly available by 5:00 p.m. E.S.T. on April 30, 2009. The Court further directs the Clerk of the Court to unseal any documents that were filed under seal in connection with these summary judgment motions. (Docket Nos. 178-82, 184, 189, 192, 196, 198.)

**SO ORDERED.**

New York, New York
April 30th, 2009

                                                                      U.S.D.J.