```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
    ARISTOCRAT LEISURE LIMITED,
                                                    O R D E R
            v.

    DEUTSCHE BANK TRUST COMPANY AMERICAS,
    KBC FINANCIAL PRODUCTS UK LTD, et al.,          04 CV 10014 (PKL)

------------------------------------x
```

LEISURE, District Judge:

It is hereby ordered that the above captioned matter has been placed on this Court's trial ready calendar for October 5, 2009. Trial is to start at 9:30 A.M. sharp in Courtroom 18B at 500 Pearl Street. All exihibits are to be marked before the start of trial.

It is hereby further ordered that you are to have your witnesses available, as the Court will not suspend the trial proceedings to wait for witnesses, nor adjourn the trial due to miscalculation of the length of witness testimony and the parties have completed the testimony of their witnesses prior to 4:30 P.M.

You are required to watch the Law Journal and keep in touch with my Deputy Court Clerk, Eileen Chan at (212) 805-0109 for the actual trial date since this trial is to follow another one. There will be no postponement of this trial for any other reasons.

In a jury trial, counsel are required to notify the Court of a settlement 24 hours in advance of the above scheduled trial date, otherwise the parties can be assessed the cost of a jury panel.

SO ORDERED:

Dated:     New York, New York
           August 24, 2009

                                              _____
                                                      U.S.D.J.