UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



ARISTOCRAT LEISURE LIMITED,

        Plaintiff,

 - against -

DEUTSCHE BANK TRUST COMPANY
AMERICAS, as Trustee,

        Defendant,

KBC FINANCIAL PRODUCTS UK LTD,
ET AL.,

        Intervening Defendants.

**ORDER**

04 Civ. 10014   (PKL)

    Having received letters from Aristocrat dated July 21
and July 25, 2010, and having received a letter from
Bondholders dated July 22, 2010, the Court is apprised of a
dispute between the parties regarding a tax withholding
issue related to the entry of judgment in this case.
Pursuant to Bondholders' statement that they "might be
willing to forgo contesting [Aristocrat's] Proposed Motion
[on tax withholdings] if challenging it would delay the
resolution of the motions for entry of judgment currently
pending before this Court," Ltr. from Evan Davis to J.
Leisure, 7/22/10, at 2, the Court directs the parties to
meet and confer on this issue and apprise the Court in
writing by 5 p.m. on Monday, August 2, 2010, as to whether
this dispute has been resolved.

**SO ORDERED.**

**New York, New York**

July 26, 2010

_____
U.S.D.J

for PKL